[No. 60259-4-I.    Division One.    February 23, 2009.]

HENRY BEN MITCHELL, *Appellant*, v. A.F. EVANS COMPANY, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-01550-9, Gregory P. Canova, J., entered June 8, 2007. *Affirmed* by unpublished opinion per Leach, J., concurred in by Schindler, C.J., and Dwyer, J.

[No. 60608-5-I.    Division One.    February 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CLADIO ROMERO VELASQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02150-2, Michael J. Fox, J., entered April 4, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 60609-3-I.    Division One.    February 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TREVOR LEE BILLINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-01480-0, Richard J. Thorpe, J., entered September 4, 2007. *Affirmed* by unpublished per curiam opinion.

[Nos. 60664-6-I; 60665-4-I.    Division One.    February 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY JAMES KONONEN, *Appellant*.

Appeals from a judgment of the Superior Court for Whatcom County, No. 05-1-01717-4, Charles R. Snyder, J., entered September 6, 2007. *Affirmed* by unpublished per curiam opinion.